UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAHOMET NJOYA and KRISTA NORDIN NJOYA, | § § § | |
| Plaintiffs, | § § § | |
| V. | § § | No. 3:23-cv-2668-B |
| SANDRA CORLEY and SONYA MARTIN, | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: January 9, 2024.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-